IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALVIN MARTIN,

    Plaintiff,

v.                                                                                              CV 17-1198 KG/JHR

OFFICER M. FULLER and
SGT. RHYNE,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on March 10, 2020. (Doc. 32). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. Objections were due no later than March 24, 2020. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 32) are ADOPTED.

2. Defendant Fuller's Motion to Dismiss and Defendant Rhyne's Motion for Summary Judgment (Doc. 26) are GRANTED.

3. Plaintiff's claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE