IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALVIN MARTIN,

    Plaintiff,

v.                                                                           CV 17-1198 KG/JHR

OFFICER M. FULLER and
SGT. RHYNE,

    Defendants.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant Fuller and Defendant Rhyne are DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE